NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Ramara A. Vassel
15328 Greenwood
Dolton, IL 60419
SSN: xxx−xx−5964 EIN: N.A.
aka Ramara A. Thomas

Case No. : 17−23332
Chapter : 13
Judge : Donald R Cassling

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : HSBC Bank USA, N.A., as Trustee for the registered

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to HSBC Bank USA, N.A., as Trustee of your claim in the above matter, designated Claim No. 8 . If no objections are filed by you on or before October 6, 2020 the Court shall substitute HSBC Bank USA, N.A., as Trustee in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: September 16, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                         United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                                  Case No. 17-23332-DRC
Ramara A. Vassel                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: pseamann     Page 1 of 1     Date Rcvd: Sep 16, 2020
                        Form ID: ntcasclm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
```
db             +Ramara A. Vassel,    15328 Greenwood,    Dolton, IL 60419-2833
26194378        HSBC Bank USA, N.A., as Trustee for the registered,   Ocwen loan Servicing LLC,   PO BOX 24605,
                 West Palm Beach FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
```
          David M Siegel    on behalf of Debtor 1 Ramara A. Vassel davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Grant W Simmons    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for HSBC Bank USA,
           N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust,
           Series 2005-HE3, Asset Backed Pass-Through Certific ND-Two@il.cslegal.com
          Joel P Fonferko    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for the registered
           holders of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed
           Pass-Through Certificates ND-One@il.cslegal.com
          Laura A. Hrisko    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee for the registered
           holders of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed
           Pass-Through Certificates ND-Two@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ND-Four@il.cslegal.com
          Tom Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                             TOTAL: 7
```