| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ramara A. Vassel  aka Ramara A. Thomas |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern   District of   Illinois (State) |
| Case number | 17-23332 |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed Pass-Through Certificates

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to Identify the debtor's account: 1904

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes.  Date of the last notice: 03/22/2019

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $125.00 09/15/20 (NOTICE OF PAYMENT CHANGE); $100.00 01/29/21 (FORMAL NOTICE OF DEFAULT); $150.00 02/23/21 (POST PETITION FEE NOTICE); | (3) | $375.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ Other. | | (10) | |
| 11. | Specify:_____ Other. | | (11) | |
| 12. | Specify:_____ Other. | | (12) | |
| 13. | Specify:_____ Other. | | (13) | |
| 14. | Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2              **Notice of Postpetition Mortgage Fees, Expenses, and Charges**              page 1

Debtor 1  Ramara A. Vassel  aka Ramara A. Thomas
First Name    Middle Name    Last Name

Case number *(if known)*  17-23332

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Joel P. Fonferko
Signature

Date  2/23/2021

Print  Joel P. Fonferko
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Codilis & Associates, P.C.

Address  15W030 North Frontage Road, Suite 100
Number    Street

Burr Ridge    IL    60527
City        State    ZIP Code

Contact phone  (630) 794-5300

Email  ND-One@il.cslegal.com

File #14-17-12380

B 10 (Supplement 2) (12/11)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on February 23, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on February 23, 2021.

M O Marshall, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Ramara A. Vassel  aka Ramara A. Thomas, Debtor(s), 15328 Greenwood, Dolton, IL 60419
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**File #14-17-12380**

NOTE: This law firm is a debt collector.

# Invoice

Number: ▮▮▮▮▮▮▮
Date: September 15, 2020
Type: Bankruptcy
Investor: Private Investor

**CODILIS & ASSOCIATES, P.C.**
ILLINOIS

LAW OFFICES
15W030 North Frontage Road
SUITE 100
Burr Ridge, IL 60527
Phone: (630)794-5300

E-mail: collections@cslegal.com

**To:** ▮▮▮▮▮▮▮

PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**File Information:**

| | | |
|---|---|---|
| Your Loan Number: | ▮▮▮▮▮▮▮ | C&A File Number |
| Case Reference: | Ramara A. Vassel | ▮▮▮▮▮▮▮ |
| Property Address: | 15328 S. Greenwood | |
| | Dolton, IL 60419 | |
| Loan Type: | Conventional | |

**Billing Detail:** Amount

BK Atty Fee (NOPC) (09/15/2020)    125.00
*Preparation and filing of Notice of Payment Change. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1*

Total due this invoice: **$125.00**

* PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE *

Tax Identification Number: ▮▮▮▮▮▮▮

# Invoice

Number: ██████████
Date: February 3, 2021
Type: Bankruptcy
Investor: Private Investor

**CODILIS & ASSOCIATES, P.C.**
ILLINOIS

LAW OFFICES
15W030 North Frontage Road
SUITE 100
Burr Ridge, IL 60527
Phone: (630)794-5300

E-mail: collections@cslegal.com

**To:** ██████

PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

**File Information:**

Your Loan Number: ██████████        C&A File Number
Case Reference:   Ramara A. Vassel                        ██████████
Property Address: 15328 S. Greenwood
                  Dolton, IL 60419
Loan Type:        Conventional

**Billing Detail:**                                                              Amount

BK Atty Fee - FNOD (01/29/2021)                                                  100.00
   *Attorney Fee for Formal Notice of Default preparation. Letter sent on
   1/4/21. Marked as Cured on 1/29/21. Recoverable per previously entered
   agreed order. RID: 737057535*

                                               Total due this invoice:          **$100.00**

* PLEASE ENCLOSE A COPY OF THIS INVOICE WITH REMITTANCE *
Tax Identification Number ██████